UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> Plaintiffs, <br><br> v. <br><br> WHITE PEARL MEDI-SPA & NAIL LOUNGE, LLC, <br><br> Defendant. | Case No. 1:24-cv-12805 |

**JOIN NOTICE OF SETTLEMENT AND**
**MOTION FOR ENTRY OF [PROPOSED] CONSENT JUDGMENT**

Plaintiffs NOVO NORDISK A/S and NOVO NORDISK INC. (collectively, "Plaintiffs") and Defendant WHITE PEARL MEDI-SPA & NAIL LOUNGE, LLC ("Defendant," and together with Plaintiffs, the "Parties") hereby jointly notify the Court that they have reached agreement to resolve this matter on confidential terms without further litigation, and they jointly move the Court to enter the enclosed proposed Final Judgment and Permanent Injunction on Consent (the "Proposed Consent Judgment").

The Proposed Consent Judgment is the product of arm's length negotiations between the Parties, each of whom is represented by counsel. All Parties consent and agree to entry of final judgment in accordance with the Proposed Consent Judgment.

Respectfully submitted this 5th day of June, 2025.

| | |
|---|---|
| */s/ Brigid Carmichael* | */s/ Armin Ghiam* |
| Suyash Agrawal<br>Hillary W. Coustan<br>Brigid Carmichael<br>**MASSEY & GAIL LLP**<br>50 E Washington Street, Suite 400<br>Chicago, Illinois 60602<br>sagrawal@masseygail.com<br>hcoustan@masseygail.com<br>bcarmichael@masseygail.com<br><br>*Attorneys for Plaintiffs*<br>*NOVO NORDISK A/S and*<br>*NOVO NORDISK INC.* | Armin Ghiam<br>**HUNTON ANDRES KURTH LLP**<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: (212) 309-1000<br>Fax: (212) 309-1100<br>AGhiam@HuntonAK.com<br><br>*Attorney for Defendant*<br>*WHITE PEARL MEDI-SPA & NAIL*<br>*LOUNGE, LLC* |